UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

APR 04 2008

**FILED**

In re Elaine Brown                               Case No. 08-mc-021-GZS

ORDER

On Tuesday, April 1, 2008, Elaine Brown was subpoenaed to appear and testify in the case of United States v. Daniel Riley, et al., 07-cr-189-GZS. After the court conducted an initial colloquy regarding the potential of incriminating herself should she testify, Mrs. Brown invoked her fifth amendment right to counsel. Based on the information known, it was presumed that Mrs. Brown was a financially eligible person entitled to court appointed counsel pursuant to 18 U.S.C. § 3006A. Thus, based on this presumption of indigency, and finding that the interests of justice so require, the court appointed Federal Defender Bjorn R. Lange to represent and advise Mrs. Brown during the course of the trial.

SO ORDERED.

Date: April 9, 2008

George Z. Singal
District Judge

cc:     Counsel of Record
        Bjorn R. Lange, Esq.
        Elaine Brown